■ JOHN T. CLANCY, Respondent, v. JOHN J. HEGARTY, Appellant, et al., Defendant.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ MARGARET DITTRICH, Respondent, v. JOSEPH DITTRICH, Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ GEORGE H. ELLIOTT et al., for the Use and Benefit of GEORGE H. ELLIOTT & COMPANY, a Partnership, Appellants, v. JOHN D. DALE et al., Respondents.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ROBERT E. FILLET, Appellant, v. BERNARD F. CURRY, JR., Doing Business as CURRY MOTOR COMPANY, Respondent.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOSEPH U. FIORE, Appellant, v. PASQUALE AMORUSO et al., Respondents, and FRANK FERRINO, et al., Intervenors-Respondents.— Motion to amend decision handed down February 15, 1960 (10 A D 2d 637) denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ PAUL GALE et al., Doing Business under the Name of GALE-OPPENHEIMER, Respondents, v. INDEPENDENT TEXTILE DYEING Co., INC., Appellant, et al., Defendants.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Application of RICHARD A. DEBS for Admission to the Bar.— Renewed application for admission to the Bar referred to the Committee on Character and Fitness for the Second Judicial District for investigation and report. The application will be held in abeyance pending receipt of the report. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against ROBERT J. HAAS, an Attorney, Respondent. — Motion for reargument of motion and for other relief referred to the court that rendered the decision of May 2, 1960, disbarring respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument and for other relief denied, with leave to renew after respondent shall have testified before the Judicial Inquiry. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of PACEMAKER CONSTRUCTION CORPORATION, Appellant, against HEIDI CONSTRUCTION CORPORATION, Respondent.— Motion to dismiss appeals denied on condition that appellant be ready to argue or submit the appeals at the October 1960 Term, beginning October 3, 1960, for which term the appeals are ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of ABRAHAM H. RAUBVOGEL, Appellant, against BOARD OF APPEALS ON ZONING OF THE CITY OF NEW ROCHELLE, Respondent, and MANDEVILLE PROPERTIES, INC., Intervenor-Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.